# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ALICIA J. RAWLINGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-04065-DGK-SSA |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION TO REVERSE AND REMAND

Now before the Court is Defendant's Motion to Reverse and Remand this case to the Commissioner of Social Security. ECF No. 8. Defendant has determined that further administrative review of this case is necessary. Plaintiff has not filed an objection.

The ALJ's decision is therefore REVERSED, and this case is REMANDED to the Commissioner pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

Dated: November 17, 2022            /s/ Greg Kays
                                    GREG KAYS, JUDGE
                                    UNITED STATES DISTRICT COURT